**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 03-6633**

——————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

TERRY LEE GREEN,

                                    Defendant - Appellant.

——————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron M. Currie, District Judge. (CR-99-558)

——————————

Submitted:  July 24, 2003          Decided:  July 31, 2003

——————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

——————————

Affirmed by unpublished per curiam opinion.

——————————

Terry Lee Green, Appellant Pro Se.  Rose Mary Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

——————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Lee Green appeals the district court's order denying his motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2002). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Green, No. CR-99-558 (D.S.C. Mar. 28, 2003). Green's motion for general relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2